No. 94. UNITED STATES *v.* EL PASO NATURAL GAS Co. ET AL. Appeal from the United States District Court for the District of Utah. (Probable jurisdiction noted, 373 U. S. 930.) The motion of the State of California for leave to participate in oral argument, as *amicus curiae,* is denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion. *William M. Bennett* on the motion. *Gregory A. Harrison, Arthur H. Dean, Charles V. Shannon, Atherton Phleger, Roy H. Steyer, Stephen Rackow Kaye, Leon M. Payne* and *Dennis McCarthy* for El Paso Natural Gas Co., in opposition.

No. 636. GERMANO ET AL. *v.* KERNER ET AL. Appeal from the United States District Court for the Northern District of Illinois. The appellants' motion to advance is denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *Bernard Kleiman, Lester Asher, John C. Melaniphy* and *Charles S. Rhyne* on the motion.

No. 688. CALHOON, PRESIDENT, OR PETERS, SECRETARY-TREASURER OF DISTRICT No. 1 NATIONAL MARINE ENGINEERS' BENEFICIAL ASSOCIATION, AFL–CIO, *v.* HARVEY ET AL. C. A. 2d Cir. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *David Scribner* for petitioner. *Burton H. Hall* for respondents.

No. 588. MONROE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Benjamin E. Smith* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.